179-15

CCA # 13-13-00011-CR

STYLE: JOSE GONZALES III v. THE STATE OF TEXAS

OFFENSE: Capital Murder

COUNTY: Nueces

TRIAL COURT: 105th District Court
TRIAL COURT #: 11-CR-4141-D
TRIAL COURT JUDGE: Hon. Angelica Hernandez
DISPOSITION: Affirmed
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____ DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: 8/14/14
JUDGE: Garza

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # 179-15

------------------

_____ PRO SE Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____ STRUCK,
DATE: 06/17/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____
PRO SE PETITION
FOR DISCRETIONARY REVIEW
IS REFUSED
DATE 10/14/2015
Per Curiam
**JUDGE**

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____